| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Matrixx Pictures LLC** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081330 | $4,000.00 | 12/5/2019 | 5611 | 10/31/2019 | $4,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080800 | $15,000.00 | 10/31/2019 | 5595 | 9/30/2019 | $15,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080458 | $20,000.00 | 10/3/2019 | 5581 | 8/28/2019 | $20,000.00 |

**Totals:** **3 transfer(s),** **$39,000.00**